Martin Sabelli, State Bar No. 164772
Law Offices of Martin Sabelli
584 Castro Street, #851
San Francisco, CA  94114-2829
Telephone: (415) 796-2430

Attorney for Defendant TAVARES BLACKMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-08-0251 MMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE RE SENTENCING |
| | ) | |
| v. | ) | |
| | ) | |
| TAVARES BLACKMON, | ) | AND ORDER THEREON |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The United States and Tavares Blackmon jointly request a continuance of the sentencing in this matter.  The continuance is necessary to permit the United States Probation Office to complete the Pre-Sentence Report.

The parties jointly request a continuance from Wednesday, April 29, 2009, to Wednesday, June 10, 2009.  The United States Probation Officer does not object to this request.

IT IS SO STIPULATED.

Date: March 23, 2009                    _____/s/_____
                                        Martin A. Sabelli
                                        Counsel for Tavares Blackmon

STIPULATION AND [PROPOSED] ORDER SENTENCING DATE

Date:  March 23, 2009                    _____/s/_____
                                         Derek Owens
                                         Assistant United States Attorney

Good cause being stipulated between the parties,

IT IS HEREBY ORDERED THAT:

The sentencing hearing in this matter be continued from Wednesday, April 29, 2009, to Wednesday, June 10, 2009.

SO ORDERED.

Date:  March 27, 2009                    _____
                                         The Honorable Maxine M. Chesney
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER SENTENCING DATE