JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0251 MMC |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM JUNE 10, 2009 TO JULY 8, 2009 |
| TAVARAS LEE BLACKMON, | ) | |
|     Defendant. | ) | |

    On February 18, 2008, the defendant, Tavaras Lee Blackmon, entered a guilty plea to counts two, five, and seven of the captioned indictment.  A sentencing hearing is currently set for June 10, 2009 at 2:30 p.m.  The parties hereby jointly and respectfully request that the sentencing

//
//
//
//
//
//

STIP. AND ORDER
CR 08-0251 MMC

hearing scheduled for June 10, 2009 be continued to July 8, 2009 at 2:30 p.m.

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 5/26/2009                        /s/ Derek Owens
                                        _____
                                        DEREK OWENS
                                        Assistant United States Attorney


DATED: 5/26/2009                        /s/ Martin Antonio Sabelli
                                        _____
                                        MARTIN ANTONIO SABELLI
                                        Attorney for Mr. Blackmon


   The sentencing hearing previously scheduled for June 10, 2009 is hereby vacated and continued to July 8, 2009 at 2:30 p.m. before the Honorable Maxine M. Chesney.

SO ORDERED.

DATED: June 1, 2009                     _____
                                        THE HON. MAXINE M. CHESNEY
                                        United States District Court Judge

STIP. AND ORDER
CR 08-0251 MMC                                  2